## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 1:26-mj-00124 |
| v. | |
| DANIEL PATRICK HUGHES | |

## NOTICE OF APPEARANCE

Please enter the appearance of Edward J. Ungvarsky, Esq, in the above-captioned case, as counsel on behalf of the Defendant Daniel Patrick Hughes, on this 25th day of July, 2026, as retained counsel.

Respectfully submitted,

/s Edward J. Ungvarsky
Edward J. Ungvarsky, Bar No. 459034
Ungvarsky Law, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
DC: 202 546 1500
VA: 571 207 9710
Cell: 202 409 2084
Email: ed@ungvarskylaw.com
Counsel for Daniel Patrick Hughes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the government and all case participants, via electronic filing, on this 25th day of July, 2026.

/s/ Edward J. Ungvarsky
Edward J. Ungvarsky